UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NATIONWIDE JUDGMENT
RECOVERY, INC.,

    Plaintiff,

v.                                                Case No. 8:21-mc-106-TPB-CPT

KEVIN SIPE,

    Defendant.
_____/

SIPEBOT INCORPORATED,

    Garnishee.
_____/

### ORDER

Before the Court is a *Motion for Issuance of Continuing Writ of Garnishment* filed by Nationwide Judgment Recovery, Inc. (Nationwide), as assignee of Plaintiff Matthew E. Orso, who is a successor trustee to Kenneth D. Bell in his capacity as the court-appointed receiver for Rex Venture Group, LLC. (Doc. 23). By way of its motion, Nationwide seeks a writ to assist it in satisfying an August 14, 2017, Judgment in the amount of $127,763.72 entered in Bell's favor in the Western District of North Carolina against a defendant class, including Defendant Kevin Sipe. (Docs. 1, 1-1, 23). According to Nationwide's motion, that Judgment—which has since been

registered in the Middle District of Florida—remains unsatisfied, and Garnishee Sipebot Incorporated, as Sipe's employer, is in possession of salary or wages belonging to Sipe sufficient to satisfy the Judgment either in whole or in part. (Doc. 23). Nationwide attaches to its motion a proposed writ, as well as a "Notice to Defendant/Debtor [Sipe] of [His] Right Against Continuing Garnishment of Wages, Money, and Other Property." (Docs. 23-1, 23-2).

Pursuant to Federal Rule of Civil Procedure 69, the Court looks to the procedures of Florida law governing the execution of a judgment in addressing motions for writs of garnishment. Fed. R. Civ. P. 69(a). Those procedures are found in Chapter 77 of the Florida Statutes and allow for the recovery of a money judgment via such a writ.

Where, as here, a judgment debtor's salary or wages are to be garnished to satisfy a judgment, a court may issue a continuing writ of garnishment to the judgment debtor's employer. Fla. Stat. § 77.0305. Such a continuing writ provides for the "periodic payment of a portion of the salary or wages of the judgment debtor as the salary or wages become due until the judgment is satisfied or until otherwise provided by court order." *Id.*

In light of the above, it is hereby ORDERED:

1. Nationwide's *Motion for Issuance of Continuing Writ of Garnishment* (Doc. 23) is granted.

2. The Clerk of Court is directed to issue the continuing writ of garnishment attached to Nationwide's motion upon Garnishee Sipebot Incorporated. (Doc. 23-1).

The continuing writ of garnishment shall include a copy of this Order, the registered Judgment, Nationwide's motion, and the above-referenced notice to Sipe. (Docs. 1, 23, 23-2).

3. Nationwide is directed to comply with the requirements of Chapter 77 of the Florida Statutes.

SO ORDERED in Tampa, Florida, this 16th day of December 2022.

_____
HONORABLE CHRISTOPHER P. TUITE
United States Magistrate Judge

Copies to:
Counsel of record