UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NATIONWIDE JUDGMENT
RECOVERY, INC.,

    Plaintiff,

v.                                                             Case No. 8:21-mc-106-TPB-CPT

KEVIN SIPE,

    Defendant.
_____/

BANK OF AMERICA, NA
9498 Lockwood Ridge Road
Sarasota, FL 34243,

    Garnishee.
_____/

**ORDER**

    Before the Court is a *Motion for Writ of Garnishment* filed by Nationwide Judgment Recovery, Inc. (Nationwide), as assignee of Plaintiff Matthew E. Orso, who is the successor trustee to Kenneth D. Bell in his capacity as the court-appointed receiver for Rex Venture Group, LLC. (Doc. 41). By way of its motion, Nationwide seeks a writ to assist it in satisfying an August 14, 2017, Judgment entered in Bell's favor in the Western District of North Carolina against a defendant class, including Defendant Kevin Sipe. (Docs. 1, 1-1, 41). According to Nationwide's motion, that

Judgment—which has since been registered in the Middle District of Florida—remains unsatisfied, and Garnishee Bank of America, N.A. has or may have in its possession and control money or property belonging to Sipe sufficient to satisfy the Judgment either in whole or in part. (Doc. 41).

Pursuant to Federal Rule of Civil Procedure 69, the Court looks to the procedures of Florida law governing the execution of a judgment in addressing motions for writs of garnishment. Fed. R. Civ. P. 69(a). Those procedures are found in Chapter 77 of the Florida Statutes and allow for the recovery of a money judgment via such a writ.

Accordingly, it is hereby ORDERED:

1. Nationwide's *Motion for Writ of Garnishment, After Judgment* (Doc. 41) is granted.

2. The Clerk of Court is directed to issue the writ of garnishment included with Nationwide's motion upon Garnishee Bank of America, N.A., along with the attached notice to Sipe (Doc. 41-1).

3. Nationwide shall comply with the requirements of Chapter 77 of the Florida Statutes.

SO ORDERED in Tampa, Florida, this 12th day of December 2023.

*Christopher P. Tuite*
HONORABLE CHRISTOPHER P. TUITE
United States Magistrate Judge

Copies to:
Counsel of record